**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2310**

---

CHARLES J. JEFFRIES, a resident of Durham
County, North Carolina; JANA L. CAMALIER,
Administratrix, individually and as Adminis-
tratrix CTA of the Estate of Caleb Willard
Camalier, III,

                                    Plaintiffs - Appellants,

          versus

THE AETNA CASUALTY AND SURETY COMPANY, a
corporation incorporated in the State of Con-
necticut; TRAVELERS CASUALTY AND SURETY COM-
PANY, a corporation incorporated in the State
of Connecticut,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-98-608-5-F)

---

Submitted:  March 28, 2000          Decided:  April 12, 2000

---

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David M. Duke, Tina M. Lloyd, YOUNG, MOORE & HENDERSON, P.A., Raleigh, North Carolina; Gary S. Parsons, Patricia P. Kerner, BAILEY & DIXON, L.L.P., Raleigh, North Carolina, for Appellants. Richard T. Rice, WOMBLE, CARLYLE, SANDRIDGE, & RICE, P.L.L.C., Winston-Salem, North Carolina; Mark A. Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, P.L.L.C., Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Appellants, Charles J. Jeffries and Jana L. Camalier, appeal the district court's order granting summary judgment for The Aetna Casualty and Surety Company and Travelers Casualty and Surety Company in the Appellants' action seeking a declaration of coverage under an insurance policy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jeffries v. Aetna Casualty & Surety Co., No. CA-98-608-5-F (E.D.N.C. Aug. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2